# UNITED STATES DISTRICT COURT

District of **GUAM**

SAITUREX GUAM INVESTMENT CO. LTD.,
    Plaintiff,
V.
GOVERNMENT OF GUAM,
    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **03-00045**

*FILED — DISTRICT COURT OF GUAM — DEC 30 2003 — MARY L. M. MORAN, CLERK OF COURT*

TO: (Name and address of Defendant)
GOVERNMENT OF GUAM, Defendant
C/o Douglas B. Moylan
Attorney General of Guam
Office of the Attorney General
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagatna, GU 96910 U.S.A.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carlos L. Taitano
Carlos Lujan Taitano, P.C.
La Casa de Colina, Third Floor
200 Chichirica Street
Tamuning (Tumon), GU 96913-4217

an answer to the complaint which is served on you with this summons, within <u>sixty (60)</u> days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

DATE: DEC 29 2003

CLERK / (By) DEPUTY CLERK

**ORIGINAL**

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 30 Dec. 03 |
| NAME OF SERVER (PRINT) KEITH SANTOS | TITLE SPECIAL PROCESS SERVER SP 0177-03 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: SUPERIOR COURT OF GUAM AT THE A.G. OFFICE

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Joseph A. Guthrie 12/30/03 11:20AM

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $35.- |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  30 Dec. 03
            Date

Signature of Server

P.O. Box 324702 Hagatna GU. 96932
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ORIGINAL