Carlos L. Taitano
Carlos Lujan Taitano, P.C.
La Casa de Colina, Third Floor
200 Chichirica Street
Tamuning, GU 96913-4217
Tel: (671) 647-3387
Fax: (671) 647-3388

FILED
DISTRICT COURT OF GUAM
MAR - 1 2004
MARY L. M. MORAN
CLERK OF COURT
5

Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SAITUREX GUAM INVESTMENT CO. LTD., ) | CIVIL CASE NO. 03-00045 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | EXTENDING TIME WITHIN WHICH |
| v. ) | TO FILE AND SERVE RESPONSIVE |
| ) | PLEADING |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties, by and through counsel, hereby stipulate and agree that the Defendant has until April 12, 2004, to serve and file the Defendant's responsive pleading to the complaint filed in the above-captioned case.

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN
Attorney General of Guam

Carlos L. Taitano,
Attorney for Plaintiff

By: Joseph A. Guthrie,
Deputy Attorney General,
Attorney for Defendant

Date: February 25, 2004.

Date: February 25, 2004.

**IT IS SO ORDERED.**

DATE: MAR 0 1 2004 .

JOHN S. UNPINGCO
Chief District Judge

RECEIVED
FEB 26 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL