Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
Solicitors Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| SAITUREX GUAM INVESTMENT CO. LTD., <br> Plaintiff, <br> vs. <br> GOVERNMENT OF GUAM, <br> Defendant. | Civil Case No. CV 03-00045 <br><br> **INITIAL DISCLOSURES OF DEFENDANT** |

Herewith are the disclosures required by Fed. R. Civ. P. 26(a) (1) and LR 26.2(a):

1. John Pablo, Department of Revenue and Taxation

2. Validity of claimed refund.

3. Claims for refunds are valid.

Herewith are the disclosures required by FRCP 26(b) and LR 26.2(b):

1. Documents generated in course of review of claims for refund.

2. Location: Department of Revenue and Taxation.

Herewith is the disclosure required by FRCP 26(a)(2) and LR 26.2 (e):

1. No experts will be called.

Page 1
Initial Disclosures of Defendant
Saiturex Guam v. Gov't; CV03-00045
\\AGSERV\SYS\AG_DATA\Litigation\DATA\jlrosario\district court docs\Saiturex v. Gov't. cv 03-00045.Initial Disclosure.3.24.04.docInitial Disclosure

Case 1:03-cv-00045   Document 8   Filed 03/24/2004   Page 1 of 2

Herewith is the disclosure required by LR. 26.2( c):

    1.    No damages are claimed.

Herewith is the disclosure required by LR 26.2 (d):

    1. No insurance agreements implicated.

Respectfully submitted this 24 day of March 2004.

                              OFFICE OF THE ATTORNEY GENERAL
                              DOUGLAS B. MOYLAN, Attorney General

                        By: _____
                            JOSEPH A. GUTHRIE
                            Deputy Attorney General
                            Attorney for Defendant

Page 2
Initial Disclosures of Defendant
Saiturex Guam v. Gov't; CV03-00045
\\AGSERV\SYS\AG_DATA\Litigation\DATA\jlrosario\district court docs\Saiturex v. Gov't. cv 03-00045.Initial Disclosure.3.24.04.docInitial Disclosure

Case 1:03-cv-00045    Document 8    Filed 03/24/2004    Page 2 of 2