

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu
**Attorneys for the Government of Guam**

**FILED
DISTRICT COURT OF GUAM
MAR 25 2004
MARY L. M. MORAN
CLERK OF COURT**

## UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| SAITUREX GUAM INVESTMENT CO. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | Civil Case No. CV 03-00045 <br><br> **PROOF OF SERVICE** |

I, **FRANCISCO M. SANTOS**, do hereby certify and declare that on Wednesday, March 24, 2004 at 4:30pm, I personally served the *INITIAL DISCLOSURES OF DEFENDANT* via:

Court box of Carlos L. Taitano, P.C.
Superior Court of Guam
Judicial Center Bldg., 120 W. O'Brien Drive
Hagatna, Guam 96910

I declare, under penalty of perjury, this 25th day of March 2004 that the foregoing is true and correct to the best of my knowledge.

FRANCISCO M. SANTOS

Page 1
Saiturex Guam v. Gov't; CV03-00045
Proof of Service
F:\AG_DATA\Litigation\DATA\jlrosario\district court docs\Saiturex v. Gov't. cv 03-00045.proof of service.docservice

Case 1:03-cv-00045 Document 9 Filed 03/25/2004 Page 1 of 1