Carlos L. Taitano
Carlos Lujan Taitano, P.C.
La Casa de Colina, Third Floor
200 Chichirica Street
Tamuning, GU 96913-4217
Tel: (671) 647-3387
Fax: (671) 647-3388

Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SAITUREX GUAM INVESTMENT CO. LTD., | CIVIL CASE NO. 03-00045 |
| Plaintiff, | STIPULATION AND ORDER FOR JUDGMENT OF DISMISSAL WITH PREJUDICE |
| v. | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED that a judgment be entered dismissing, with prejudice, the AMENDED COMPLAINT FOR REFUND OF GUAM TERRITORIAL INCOME TAX and the above-captioned case, and that the parties shall bear their own attorney's fees and costs in the above-captioned case.

_____        07 APR 04
Carlos L. Taitano,                      Date
Attorney for Plaintiff.

DOUGLAS B. MOYLAN
Attorney General

By: _____        4/7/04
    JOSEPH A. GUTHRIE                   Date
    Deputy Attorney General,
    Attorney for Defendant

1

SAITUREX GUAM INVESTMENT CO. LTD. v. Government of Guam)
Civil Case No. 03-00045; Stipulation and Order for    )
<u>Judgment of Dismissal with Prejudice</u>                )

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the AMENDED COMPLAINT FOR REFUND OF GUAM TERRITORIAL INCOME TAX and the above-captioned case are dismissed, with prejudice, and that the parties shall bear their own attorney's fees and costs.

DATED: __APR 0 8 2004__ .  _/s/ John S. Unpingco_

JOHN S. UNPINGCO
Chief District Judge

RECEIVED
APR - 7 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM