ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR - 9 2004
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| SAITUREX GUAM INVESTMENT CO., LTD, <br><br> Plaintiff, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CIVIL CASE NO. 03-00045 <br><br><br> **J U D G M E N T** |

Judgment is hereby entered in accordance with the Stipulation and Order for Judgment of Dismissal with Prejudice filed April 8, 2004.

Dated this 9th day of April, 2004, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on APR 0 9 2004.
No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: _____  APR 0 9 2004
Deputy Clerk       Date